

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-19-00234-CV

Johnathan David **RICE** and Diana Rice,
Appellants

v.

**LEWIS ENERGY GROUP, L.P.**; Lewis Petro Properties, Inc.; Lewis Resource Management, LLC; Segundo Navarro Drilling, Ltd.; and Tercero Navarro, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08936
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellants' attorney filed an unopposed motion for access to a portion of the appellate record that is sealed. Appellants' motion is GRANTED.

We direct the clerk of this court to provide identical copies of the sealed record in a digital media format to Appellants' and Appellees' attorneys of record.

We ORDER Appellants, Appellees, and their attorneys to not share the contents of the sealed record with any person or entity except to the extent necessary to prepare the parties' respective brief.

If a brief includes or references information that is contained in the sealed record, we ORDER the party filing the brief to (1) file the brief in paper form only (2) with a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (creating an exception to electronic filing for documents under seal).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court